Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**GEORGE JONES**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Jones, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Eagle Eye Enterprises LLC, a Nevada limited liability company;<br>Cantarito Mexican Grill, a California corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-10749-MCS-GJS<br><br>Hon. Mark C. Scarsi<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(A)(i)] |

PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE
1

Plaintiff George Jones requests, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that this Court enter a dismissal without prejudice of this action (Case Number 2:20-cv-10749-MCS-GJS).

Dated: April 22, 2021            THE LAW OFFICE OF HAKIMI & SHAHRIARI

                        By: /s/Peter Shahriari
                            Peter Shahriari, Esq.
                            Attorneys for Plaintiff George Jones